```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BECKLEY
```

**RENA HANDY,**

    **Plaintiff,**

**v.**                                        **CIVIL ACTION NO. 5:04-0711**

**JO ANNE B. BARNHART,**
**Commissioner of the Social**
**Security Administration,**

    **Defendant.**

## ORDER

By Standing Order entered on May 20, 2002, and filed in this case on July 12, 2004, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of proposed findings and recommendation. Magistrate Judge VanDervort submitted his proposed findings and recommendation on July 5, 2005. In that Proposed Findings and Recommendation, the magistrate judge recommended that this court deny plaintiff's motion for reversal or remand, grant defendant's motion for judgment on the pleadings, affirm the final decision of the Commissioner, and dismiss this matter from the court's docket.

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted ten days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation. No party has filed objections within the requisite period, and the failure of any party to file such objections constitutes a waiver of such party's right to a <u>de</u>

novo review by this court. Thomas v. Arn, 474 U.S. 140 (1985); Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Having reviewed the Proposed Findings and Recommendation filed by the magistrate judge, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby DENIES plaintiff's motion for reversal or remand (Doc. No. 9), GRANTS defendant's motion for judgment on the pleadings (Doc. No. 10), AFFIRMS the final decision of the Commissioner, and DISMISSES this matter from the court's active docket.

The Clerk is directed to forward a certified copy of this judgment order to all counsel of record.

IT IS SO ORDERED this 16th day of August, 2005.

ENTER:

David A. Faber
Chief Judge